UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| DAVID DEVINE | : | No. 11-001-1 |
| Defendant | : | |

**O R D E R**

**AND NOW,** this 30th day of September, 2011, for the reasons set forth in the accompanying Memorandum, the Defendant's Motion to Enforce Plea Agreement (Doc. No. 13) and Motion to Dismiss Counts I Through III of Superceding Indictment (Doc. No. 19) are **DENIED.**

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge