IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

v.                          :    CRIMINAL NO. 11-001

DAVID DEVINE                :

## ORDER

AND NOW, this _28th_ day of _February_, 2012, it is hereby ORDERED that the Notice of Forfeiture is DISMISSED.

BY THE COURT:

_/s/ Gene E.K. Pratter_
HONORABLE GENE E.K. PRATTER
Judge, United States District Court